IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| BOLIN CONSTRUCTION, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:16-cv-00127-BL |
| | § | |
| ESSEX INSURANCE COMPANY | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Bolin Construction, Inc. submits this Agreed Stipulation of Dismissal with Prejudice of all claims and causes of action asserted against Defendant Evanston Insurance Company in this case, with the parties to bear their own costs, attorneys' fees and expenses. By signature of its counsel below, Defendant has noted its agreement.

WHEREFORE, Plaintiff Bolin Construction, Inc. prays that all claims asserted in this lawsuit against Defendant Evanston Insurance Company be dismissed with prejudice and that each party bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

THE HALL LAW FIRM

By: /s/ *Michael Hall* *
    Michael Hall
    Texas Bar No. 24057881
    Email: michaelisaachall@yahoo.com
P.O. Box 168
119 East Third Street
Sweetwater, Texas 79556
Telephone: (325) 235-4345
Facsimile: (325) 235-4348
*Counsel for Plaintiff*

- and –

                THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/ *Christopher H. Avery*
    Rodrigo "Diego" Garcia
    Texas State Bar No. 00793778
    *E-Mail: dgarcia@thompsoncoe.com*
    Christopher H. Avery
    Texas State Bar No. 24069321
    *E-Mail: cavery@thompsoncoe.com*
One Riverway, Suite 1400
Houston, Texas   77056
(713) 403-8209  Telephone
(713) 403-8299  Facsimile

***Counsel for Defendant***

\* Signed by permission