IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX.
FILED

2017 JUL 12 PM 1:30

DEPUTY CLERK _____

| | | |
|---|---|---|
| BOLIN CONSTRUCTION, INC., | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 1:16-CV-00127-BL |
| ESSEX INSURANCE COMPANY, | § § § | |
| Defendant | § | |

## ORDER

Based on the Agreed Stipulation of Dismissal with Prejudice (Doc. 17) signed by counsel for both parties, the Court dismisses this action with prejudice as provided by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs and expenses.

**SO ORDERED.**

Dated July /2, 2017.

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE

1